# United States Court of Appeals for the Fifth Circuit

———————

No. 23-30452
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 5, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DARIUS DANNEL,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CR-32-5

———————————————————

Before WIENER, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Darius Dannel has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dannel has filed a response in which he plainly states his desire to withdraw his appeal. Dannel's motion for voluntary dismissal is GRANTED,

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30452

counsel's motion to withdraw is DENIED as moot, and the appeal is DISMISSED. *See* FED. R. APP. P. 42(b); 5TH CIR. R. 42.1.